Anna Berniece King, Administrator of Estate of Lawrence J. King, Deceased, Appellee, v. William Ryman, Appellant.

Gen. No. 10,787.

Second District.

April 6, 1955.

Released for publication April 26, 1955.

Hallstrom & Johnson, for appellant; Phillip B. Johnson, of counsel; Knight, Haye & Keegan, for plaintiff-appellee. Opinion PER CURIAM. Not to be published in full.